# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 10, 2007

James N. Hatten
Clerk, U.S. District Court
75 SPRING ST SW STE 2211
ATLANTA GA 30303-3318

**Appeal Number: 07-15205-D**
Case Style: LaSalle Bank Nat'l Assoc. v. Rodney Richardson
District Court Number: 07-02482 CV-BBM-1

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-15205-D

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 1 0 2007
THOMAS K. KAHN
CLERK

LASALLE BANK NATIONAL ASSOCIATION,

Plaintiff-Appellee,

versus

RODNEY RICHARDSON,

Defendant-Appellant.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
DEC 1 1 2007
JAMES N. HATTEN, CLERK
By: Deputy Clerk

Appeal from the United States District Court for the
Northern District of Georgia

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia

Before TJOFLAT, BLACK, and HULL, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. The district court's October 17, 2007, order remanding the action to state court is not reviewable. See 28 U.S.C. § 1447(c) & (d); Thermtron Prods., Inc. v. Hermansdorfer, 423 U.S. 336, 342-43, 96 S.Ct. 584, 589, 46 L.Ed.2d 542 (1976), abrogated on other grounds, Quackenbush v. Allstate Ins. Co., 517 U.S. 706, 116 S.Ct. 1712, 135 L.Ed.2d 1 (1996); Whole Health Chiropractic & Wellness, Inc. v. Humana Med. Plan, Inc., 254 F.3d 1317, 1319 (11th Cir. 2001).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.